# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3462
Lower Tribunal No. 23-2718CA

_____

ASTOR LUIS BENITEZ,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellees.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

MIZE, GANNAM and KAMOUTSAS, JJ., concur.


Astor Luis Benitez, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee, State of Florida.

No Appearance for Other Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED